# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GINA CHERWATY, | ) | |
| | ) | Civil Action No. 18-1196-SRF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties that the above-captioned case shall be dismissed with prejudice as to any and all claims made by any and all parties. Each party to bear his, her, or its own costs.

| | |
|---|---|
| **THE FREIBOTT LAW FIRM, P.A.** | **UNITED STATES ATTORNEY** |
| | |
| /s/ Frederick S. Freibott | /s/ Jesse S. Wenger |
| Frederick S. Freibott, Esq. | Jesse S. Wenger |
| 1711 East Newport Pike | Assistant United States Attorney |
| Wilmington, DE 19804 | 1313 N. Market Street |
| (302) 633-9000 | P.O. Box 2046 |
| fred@freibottlaw.com | Wilmington, DE 19899-2046 |
| | (302) 573-6277 |
| | jesse.wenger@usdoj.gov |
| | |
| *Attorney for Plaintiff* | *Attorney for United States of America* |

SO ORDERED this _____ day of _____, 20_____.

_____
JUDGE